## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS BASILONE** | **CIVIL ACTION** |
| **VERSUS** | **NO.:** |
| **SAFEWAY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, RED ROCK RISK RETENTION GROUP, INC., AND NICK DANIEL CAPDEBOSCQ** | |

## COMPLAINT

The Complaint of Plaintiff, **LOUIS BASILONE**, with respect, represents:

1.

Plaintiff, **LOUIS BASILONE**, is a natural person of the full age of majority, domiciled and residing at all relevant times in the City of Gahanna, State of Ohio.

2.

Defendant, **SAFEWAY INSURANCE COMPANY**, is a foreign insurer authorized to do and doing business in this parish and state, and is a citizen of Illinois, incorporated in Illinois with its principal business establishment in Illinois.

3.

Defendant, **STEADFAST INSURANCE COMPANY**, is a foreign insurer authorized to do and doing business in this parish and state, and is incorporated in Delaware and has its principal place of business in Illinois.

4.

Defendant, **RED ROCK RISK RETENTION GROUP, INC.,** is a foreign insurer authorized to do and doing business in this parish and state, is incorporated in Arizona and also has its principal place of business in Arizona.

5.

Defendant, **NICK DANIEL CAPDEBOSCQ**, is a natural person of the full age of majority domiciled and residing at all relevant times in the City of Husser, Parish of Tangipahoa, State of Louisiana.

6.

Jurisdiction is proper pursuant to 28 USC § 1332 in that there is complete diversity of citizenship between Plaintiff, who is a citizen of and domiciled in Ohio, and none of the defendants are domiciled in Ohio.

7.

At all relevant times, and more specifically on November 4, 2015, Plaintiff was employed as a truck driver for Swift Transportation, LLC, and temporarily living in the berth of a truck assigned to him and owned by Swift Transportation, LLC, as his employment assignment required, in the Parish of Tangipahoa, State of Louisiana.

8.

On November 4, 2015, Plaintiff left the Swift-owned truck on a bicycle he kept on the truck for the purpose of going to a nearby laundromat to do his laundry.  It was during this bicycle trip to the laundromat that the accident described below and giving rise to this lawsuit took place.

9.

On November 4, 2015, Plaintiff was riding the above-referenced bicycle eastbound on US Highway 190 East, just west of Airport Road in the Parish of Tangipahoa, at all times in a lawful manner, when Defendant, **NICK DANIEL CAPDEBOSCQ**, who was driving his 2013 Ford F 150 eastbound on US Highway 190 East, looked down and away from the roadway in order to adjust his AC unit, and in the process struck Plaintiff and his bicycle from behind.

3

10.

As a result of the above-referenced crash, Plaintiff suffered life-threatening injuries, including a broken leg, broken tail bone, broken ribs, internal bleeding, brain injury and other injuries to the body as a whole and medical bills exceeding $300,000.  He also suffered past and future aspects of mental and physical pain and suffering, lost wages and earning capacity, medical bills and loss of enjoyment of life.

11.

The above-referenced crash was caused by the negligence or other fault of Defendant, **NICK DANIEL CAPDEBOSCQ**, in the following non-exclusive particulars:

    a.     Careless operation of a motor vehicle;

    b.     Failure to operate his motor vehicle in a lawful and prudent manner;

    c.     Failure to see what he should have seen; and

    d.     Failure to pay attention to the road in front of him.

All of the above acts and omissions constitute violations of the vehicle traffic regulations of the United States, the State of Louisiana and local traffic ordinances and regulations.

12.

At all material times, Defendant, **SAFEWAY INSURANCE COMPANY**, provided

4

a policy of liability insurance covering the actions of Defendant, **NICK DANIEL CAPDEBOSCQ**, and the injuries of Plaintiff as described above.

13.

At all material times, Defendant, **STEADFAST INSURANCE COMPANY**, provided a policy of personal injury protection, medical payments and uninsured/ underinsured motorist coverage, which policy was issued to Swift Transporation, LLC, and which provides coverage for the injuries to Plaintiff as described above.

14.

At all material times, Defendant, **RED ROCK RETENTION GROUP, INC.**, provided a policy of personal injury protection, medical payments and uninsured/ underinsured motorist coverage, which policy was issued to Swift Transporation, LLC, and which provides coverage for the injuries to Plaintiff as described above.

15.

At all material times, Defendant, **NICK CAPDEBOSCQ,** was an underinsured motorist.

16.

Plaintiff requests trial by jury.

WHEREFORE, Plaintiff, **LOUIS BASILONE**, prays that Defendants, **SAFEWAY**

**INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, RED ROCK RISK RETENTION GROUP, INC., AND NICK DANIEL CAPDEBOSCQ**, be duly cited to appear and answer the Complaint and that after due proceedings are had, there be judgment against the defendants, and in favor of Plaintiff, in the amount of $2,600,000, together with legal interest, costs and all legal and equitable relief as this Court is empowered to grant.

        Respectfully Submitted,

        S/ J. Price McNamara
        _____
        **J. PRICE McNAMARA  (20291)**
        9431 Common Street
        Baton Rouge, LA 70809
        Telephone: 225-201-8311
        Facsimile: 225-201-8313
        Counsel for Plaintiff